IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JOSEPH A. ROUTH, PRO SE )
   Petitioner, )
 )
VS. ) CASE NO. T.B.A.
 )
 ) 5:19-cv-00331
D.L. YOUNG, WARDEN, )
  F.C.I. BECKLEY, )
   Respondent. )

FILED
APR 29 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

### DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

COMES NOW, Joseph A. Routh, Pro Se, the plaintiff in this case. I make this declaration in support of my Motion for a combined temporary restraining order and a preliminary injunction to ensure that batteries necessary for the normal operation of all AM/FM radios, night lights, clocks and beard trimmers are not eliminated, removed or discontinued from being sold to inmates incarcerated at the Federal Correctional Institution-Beckley located in Beaver, West Virginia 25813.

1. April 5, 2019 a MEMORANDUM FOR INMATE POPULATION was posted on the inmate TRULINCS/CORRLINCS computer system by ASSOCIATE WARDEN P. Boulet, F.C.I. Beckley notifying all inmates that effective June 7, 2019, the F.C.I. Beckley Commissary will discontinue the sale of AA, AAA and C batteries. See Exhibit "A";

2. The plaintiff submits that in an effort to amicably resolve the problem regarding the elimination of AA, AAA and C batteries at F.C.I. Beckley commissary he submitted an Informal Resolution to F.C.I. Beckley staff on April 20, 2019;

3. The plaintiff alleges that he, as well as over a thousand other inmates incarcerated at F.C.I. Beckley will incur irreparable harm and irrecoverable perniciousness causing the needless and unnecessary expenditure of sorely needed funds currently deposited in commissary trust fund account(s), explicitly earmarked for the purchasing of U.S. Postal Service Stamps necessary to maintain close and personal relationships with immediate family members, relatives, loved ones, the courts and to purchase personal hygiene items required to maintain a normal accepted level of sanitation if needlessly subjected to the untenable position of having to purchase a new "wind-up" AM/FM radio;

4. Federal Bureau of Prisons records will clearly reflect that since F.C.I. Beckley's inception and opening in or about 1995, the commissary has continuously sold numerous types of AM/FM radio's, night lights, beard trimmers and clocks to inmates at inflated prices. Obviously, these specific sales of battery operated items has undoubtedly resulted in the F.C.I. Beckley commissary earning profits well into the hundreds of thousands of dollars from inmates over the past twenty-four (24) years;

5. The elimination of AA, AAA and C batteries from the F.C.I. Beckley commissary would obviously render the AM/FM radios, night lights for reading, clocks and beard trimmers sold by the F.C.I. Beckley commissary to hundreds, if not thousands of inmates, past and present, inoperable, ineffectual and for all intents and purposes worthless and obsolete;

6. Significantly, the purchase of AA, AAA and C batteries at the F.C.I. Beckley commissary by plaintiff and illustrated on the attached commissary sheet as Exhibit "B," is conducted on an exchange basis only and batteries must be turned in at the beginning of the sale. Thus, the reason set forth in Associate Warden P. Boulet's attached Memorandum, Exhibit "A," for the elimination of batteries from the F.C.I. Beckley commissary is seriously flawed and clearly lacks merit;

7. The permanent removal of AA, AAA and C batteries is entirely unnecessary and would serve no reasonable, logical, rational or penological purpose other than to enhance the profit margin of the F.C.I. Beckley commissary when augmenting a thirty percent (30%) mark up to every item sold in the commissary to increase their coffers;

8. The AM/FM radios now being sold in the F.C.I. Beckley commissary are an indispensable item and essential for viewing various television programs, watching and listening to local and world news, sporting events and weather predictions;

9. Defendant D.L. Young is the Warden at F.C.I. Beckley located in Beaver, WV and is ultimately responsible for ensuring inmates in his care and custody are provided the opportunity to purchase fundamental items such as AA, AAA and C batteries from the F.C.I Beckley commissary;

10. For the reasons set forth in the memorandum of law filed with this motion, the plaintiff is entitled to a temporary restraining order requiring the defendant to continue selling AA, AAA and C batteries at the F.C.I. Beckley commissary;

11. For the foregoing reasons, the court should grant the plaintiff's motion in all respects.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

For the foregoing reasons, the Court should grant the motion in all respects.

Done this 23rd day of April, 2019.

*Joseph A. Routh*

JOSEPH A. ROUTH, PRO SE
REG.NO. 06901-084
F.C.I. BECKLEY
P.O. BOX 350
BEAVER, WV 25813

# EXHIBIT A

# U.S. Department of Justice



**Federal Bureau of Prisons**

*Federal Correctional Institution, FCI Beckley*

---

*P. O. Box 1280*
*Beaver, West Virginia*

April 5, 2019

MEMORANDUM FOR Inmate Population

FROM:        P. Boulet, AWO

SUBJECT:     Elimination of Batteries from the Commissary

For environmental and safety concerns, effective Friday, June 7, 2019, the FCI Beckley Commissary will discontinue the sale of AA, AAA, and C batteries. Items that require batteries will be removed from the Commissary inventory and will be replaced with items that either do not require a battery or require only a watch type battery.

# EXHIBIT B

**SHAVING:** R-All items approved on restriction
- 2.85 AFTA AFTERSHAVE *
- 3.65 BUMP STOP*
- 4.05 MAGIC SHAVE CREAM*
- 1.30 COMFORT GLIDE SHAVE GEL*
- 2.90 MAGIC SHAVE GOLD*
- 2.10 BIC TWIN BLADE DISPOSABLE
- 7.65 M5 MAGNUM RAZOR
- 7.65 M5 MAGNUM RAZOR BLADES
- 10.40 MACH 3 RAZOR

**SOAPS:** R- All items approved on restriction
( LIMIT OF 10 BARS )
- .85 DIAL SINGLE BAR
- .85 NEXT 1 SPORT BAR
- 3.90 SAFEGUARD ANTIBACTERIAL 4CT.
- 2.45 DIAL BASICS SOAP 3CT.
- 6.15 AMBI SKIN CREAM*
- 2.15 AMBI COMPLECTION BAR
- 3.65 NEUTROGENA BAR SOAP
- .70 2 PIECE SOAP DISH
- 4.80 ST. IVES FACE SCRUB
- 1.20 HAND SANITIZER (ALCOHOL FREE)*

**DENTAL CARE:** R- All items approved on restriction
- 2.30 COLGATE GEL MINT
- 2.85 COLGATE WHITENING
- 4.95 COLGATE SENSITIVE
- 3.50 FRESH-BRITE DENTURE CREAM*
- .80 TOOTHBRUSH (SOFT)
- .80 TOOTHBRUSH (MED)
- .45 TOOTHBRUSH HOLDER
- .80 DENTURE BRUSH
- 1.90 DENTURE BATH
- 4.50 FIXODENT
- 1.95 BINACA MOUTHWASH 16OZ *
- 1.05 MISWAK STICK
- 2.55 FLOSS LOOPS

**LAUNDRY:** R- Restriction item
- 1.50 AJAX DISH SOAP* R
- 1.95 SEWING KIT
- .30 CLOTHES HANGER

**STATIONARY:** R- Restriction items
- .60 BIC SOFT FEEL PEN R
- .85 ADDRESS/TELEPHONE BOOK
- .20 ENVELOPES 1 EA. (12x9) R
- 1.30 MEAD 8 ½ x 11 PAPER R
- 1.75 LETTER ENVELOPES R
- .85 MP3 PADDED ENVELOPE R
- 1.20 15" x 9" DOCUMENT FILE R
- 1.65 TYPING PAPER 100 CT R
- 7.29 TYPEWRITER RIBBONS* R
- 11.20 CORRECTION TAPE R
- 7.65 SWINTEC TYPING RIBBON R
- 13.96 SWINTEC 6 PK CORRECTION TAPE R
- 3.80 WEBSTER DICTIONARY
- .55 #2 PENCILS (4PK) R
- 2.60 CLEAR THUMB TACK

**SHOE ACCESSORY:**
- 1.15 BLACK SHOE LACES
- 1.15 WHITE SHOE LACES
- 1.95 BOOT LACES
- 15.60 MEMORY PLUS INSOLES
- 2.35 FOOT FRESHENER INSOLE

**MISCELLANEOUS:**
- .45 NAIL CLIPPERS (NO FILE) R
- 6.70 MOUSTACHE SCISSORS R
- 1.15 TOE NAIL CLIPPERS R
- 13.90 PHOTO ALBUM HOLDS 204 PHOTO'S
- 5.85 PHOTO ALBUM REFILL 5 SHEETS
- 11.95 WATCH BAND (IRONMAN)
- 16.90 WATCH BAND (G-SHOCK)
- 2.60 LOCKER MIRROR
- 12.95 MIGHTY BRIGHT LED READING LIGHT
- 1.50 TWO AIR FRESHENER
- 26.00 EASTON SPORT SUNGLASSES
- 5.20 READING GLASSES
Strengths (1.25-3.25) _____

**HOBBY CRAFT:**
- 2.75 COLOR RAY PENCILS

**FRAGRANCE OIL:**
- 3.90 FRAGRANCE OIL*

**PRAYER OIL:** R-All items approved on restriction
- 3.00 FRANKINCENSE *
- 3.00 EGYPTIAN MUSK *
- 3.00 MYRRH *

**COOKWARE:**
- 2.45 COFFEE MUG
- 6.20 BOWL (LARGE)
- .40 SPORK
- 3.90 SQUEEZE WATER BOTTLE
- 4.30 BOWL (SMALL)
- 7.75 HALF GALLON WATER JUG *

**BATTERIES:** Limit 3 Each
- 1.30 **DOUBLE A (AA)**
- 2.25 **C BATTERIES**
- 1.95 **WATCH BATTERY 2025 2016 2032**
- 1.30 **TRIPLE A (AAA)**

✱ BATTERIES ARE SOLD ON AN EXCHANGE BASIS ONLY AND MUST BE TURNED IN AT THE BEGINNING OF YOUR SALE. ✱

**PHARMACEUTICALS:** R- All items approved on Restriction ##
- 2.60 A & D OINIMENT
- 18.50 DEFFERIN ACNE GEL
- 10.75 OMEPRAZOLE ACID REDUCER
- 1.30 ALLERGY TABS 4 MG (BOTTLE)
- 2.50 MUSCLE RUB*
- 2.75 CLEAR CHOICE IBUPROFEN 200 MG TB
- 2.60 MILK OF MAGNESIA*
- 2.05 NON-ASPIRIN PAIN RELIEVER
- 1.50 TOLNAFTATE*
- .90 BAND-AIDS
- 1.75 COUGH DROPS HONEY
- 3.55 ANTACID LIQUID*
- 1.80 HYDROCORTISONE CREAM*
- 7.75 AMMONIUM LACTATE LOTION*
- 18.50 NASACORT ALLERGY NASAL SPRAY
- 1.95 SALINE NASAL SPRAY*
- 4.50 HEMORRHOIDAL PADS *
- 3.85 HEMORRHOID CREAM*
- 1.40 ASPIRIN 5 GRAM
- 2.60 HERITAGE FOOT POWDER*
- 2.70 ROLAIDS
- 6.75 ACID REDUCER 150 MG.
- 3.05 PINK BISMUTH *
- 2.60 TRIPLE ANTIBIOTIC CREAM *
- 3.90 NAPROXEN
- 2.50 CLOTRIMAZOLE*
- 1.40 ACNE TREATRMENT *
- 2.40 MEDICATED CHEST RUB*
- 2.70 GAS RELIEF
- 2.50 TUSSIN COUGH SYRUP*
- 5.95 CITRUCEL FIBER TABLETS
- 9.00 MIRALAX
- 2.85 GOODSENSE STOOL SOFTENER
- 2.60 EAR DROPS (WAX REMOVER)
- 1.80 ARTIFICIAL TEARS*
- 8.75 ALLERGY EYE DROPS ( OPCON )
- 1.50 ALLERGY RELIEF (BOX)
- 1.75 CHAPSTICK
- 1.75 BLISTEX
- 3.90 SUN BLOCK SPF 30*
- 1.75 EYE DROPS*
- 2.60 CORN PAD REMOVERS
- 2.95 ACNE BENZOYL PEROXIDE
- 11.95 HYDROCHLORIDE ANTIFUNGAL

**CANDY BARS:** (Limit 15 each)
- .95 WHATCHAMACALLIT
- .95 MILKY WAY SIMPLY CARMEL
- 1.25 EURPEAN FINE CHOCOLATE BAR
- 1.55 FIT BAR ( LIMIT 24 )

**CHIPS:** LIMIT 14 BAGS
- .99 CHIP BAG (CHANGES REGULARLY)
- 2.00 DORITOS ( BLUE BAG )
- 2.35 DELI ROUND TORTILLA
- 2.60 PRETZEL STICKS

**SODAS, TWELVE PACKS ONLY:**
LIMIT 4 TWELVE PACKS
- 4.45 RC COLA *(RC)
- 4.45 DIET RC *(RC)
- 4.45 SUNKIST STRAWBERRY* (RC)
- 4.45 7UP*(RC)

**\*\* SHOE ORDER PICKUP \*\***
**PLEASE FILL OUT**

SIZE_____

KIND_____

**THE ITEMS THAT ARE FOLLOWED BY:**

\*    MAY NOT BE TRANSFERRED

(R) ITEMS CAN BE PURCHASED
    ON RESTRICTION AND
    LIMITED TO 1 PER LIKE ITEM

(RC) RELIGIOUS CERTIFIED

## DOES NOT AFFECT SPENDING
   LIMIT

ALL SALES FINAL ONCE YOU LEAVE THE WINDOW AND NO CHANGES AT THE WINDOW WILL BE MADE.

_/s/ M.A._
for **D.L. YOUNG ,
WARDEN**

# APRIL 2019 FCI BECKLEY COMMISSARY SALES LIST

FEDERAL CORRECTIONAL INSTITUTION / FEDERAL PRISON CAMP BECKLEY WEST VIRGINIA COMMISSARY ORDER FORM
PRICES SUBJECT TO CHANGE WITHOUT NOTICE

NAME:_____ NUMBER:_____ WRK ASSN:_____ UNIT:_____

**APPROVED ON RESTRICTION**
PHOTO CREDITS :_____ 1.00 LIMIT 15  R

**STAMPS: LIMIT $ 11.00 COMBINED ## R**
____ .01 ____ .10 ____ .55 _____ .71 LIMIT (14)

**CARDS FOR COPY MACHINE**
____ 2.60  PHOTO COPY CARDS ( LIMIT 2 )##

**ICE CREAM**
____ 2.60  ICE CREAM* (RC) ( LIMIT 2 )

**ELECTRONICS & LOCKS: R- Restriction item**
____ 52.00  SANGEAN AM/ FM RADIO
____ 9.35   ALARM CLOCK CLEAR
____ 36.40  KOSS R-10 HEADPHONES
____ 19.90  KOSS SPARK PLUG EAR BUD
____ 4.30   KOSS CLEAR EARBUD
____ 17.45  CASIO CALCULATOR
____ 6.75   COMBINATION LOCK  R
____ 88.40  MP-3 PLAYER
____ 3.60   RUBBER CASE FOR MP-3
____ 7.75   MP3 ARMBAND HOLDER
____ 99.45  BLACK G – SHOCK WATCH
____ 39.00  TIMEX WATCH

**CLOTHING: R-Restriction item**
____ 14.30  MESH SHORTS   L   XL   2X
____ 16.90  MESH SHORTS   3X   4X   5X
____ 15.50  SWEAT SHIRT
            M  L  XL  2X  3X  4X
____ 23.40  SWEAT SHIRT   5XL   6XL
____ 15.50  SWEAT PANTS
            M  L  XL  2X  3X  4X
____ 23.40  SWEAT PANTS   5XL   6XL
____ 6.50   GREY T-SHIRT  M LG  XL  2XL  3XL
____ 6.50   GREY T-SHIRT  4XL
____ 6.50   GREY T-SHIRT  5XL   6XL
____ 1.95   GREY CREW SOCK
____ 3.00   XL ANKLE SOCKS
____ 9.10   WIGWAM THICK SOCKS
____ 1.55   GREY ANKLE SOCKS
____ 20.80  GLOVES, FINGER LESS   L   XL
____ 9.10   MESH BAG
____ 5.85   RACQUET BALL
____ 5.20   BASEBALL CAP SNAP BACK
____ 2.60   WRIST BAND, WHITE
____ 3.25   HEAD BAND, WHITE
____ .65    MOUTH PIECE
____ 9.10   THERMAL SHIRT  M  LG  XL*
____ 10.40  THERMAL SHIRT  2X  3X  4X *
____ 11.70  THERMAL SHIRT  5X  6X*
____ 9.10   THERMAL PANTS  M   L   XL*
____ 10.40  THERMAL PANTS  2X  3X  4X *
____ 11.70  THERMAL PANTS  5X  6X *
____ 10.40  BOXER  BRIEFS (2pk)  M   L   XL
____ 13.00  BOXER  BRIEFS (2pk)   2XL   3XL
____ 15.60  BOXER  BRIEF (2pk)  4XL
____ 10.40  L- SLEEVE T-SHIRT L XL  2X  3X  4X
____ 10.40  L- SLEEVE T-SHIRT  5X 6X
____ 11.05  M LG - XL TANK  TOP ( 3 PK)
____ 14.95  2XL - 3XL TANK TOP ( 3 PK)
____ 15.60  4XL 5XL TANK TOP (2PK)
____ 2.60   RAIN PONCHO
____ 2.60   WASH CLOTH
____ 13.00  BATH TOWEL
____ 10.40  SCARF*
____ 3.90   WATCHCAP*
____ 4.95   WOOL KNIT GLOVES*
____ 4.00   RELIGIOUS BANDANA  R
____ 8.00   KUFI  WHITE
____ 8.00   KUFI  BLACK

**CANDIES: (Limit 5 each)**
____ .90    ASSORTED CANDYS S/F
____ .60    STARLIGHT MINT
____ .80    ATOMIC FIRE BALLS
____ .70    SOUR BALLS
____ 1.70   BUTTERSCOTCH (LIMITED SUPPLY)

**PEANUTS AND TRAIL MIX: (LIMIT 5 EACH)**
____ 1.45   SALTED PEANUTS
____ 3.00   HEAVENLY TRAIL MIX
____ 3.00   ROASTED TRAIL MIX
____ 3.00   PB & J TRAIL MIX
____ 3.95   RAW ALMONDS

**COFFEE, TEA AND MIXED DRINKS: (LIMIT 5 EACH)**
____ 3.10   KEEFE COLUMBIAN   COFFEE (RC)*
____ 7.40   FOLGERS COFFEE
____ 3.40   *DECAFE* COFFEE  (RC)*
____ 1.85   NON-DAIRY CREAMER (RC)*
____ 3.85   COFFEE MATE FLAVORED CREAMER
____ 1.65   SWEET MATE SUGAR SUBSTITUTE (RC)
____ 3.80   DRY MILK (RC)*
____ 1.95   KEEFE TEA BAGS (48 EA) (RC)
____ 2.00   CAPPUCCINO (RC)
____ 2.10   HOT CHOCOLATE *
____ 1.30   HAWAIIAN PUNCH BERRY BLUE
____ 1.30   ICE TEA PEACH
____ 1.30   HAWAIIAN PUNCH BERRY LIMEADE

**SOUPS:  ( LIMIT 24 EACH)**
____ .25    LOW SODIUM CHICKEN SOUP
____ .25    LOW SODIUM CHILI SOUP
____ .25    SOUP (CHANGES REGULARY)

**RICE, BEANS AND TORTILLAS: ( LIMIT 10, EACH )**
____ 2.20   ALFREDO CHICKEN PASTA
____ 1.10   KEEFE WHITE RICE 8oz (RC)
____ 2.05   REFRIED PINTOS (RC)
____ 1.10   BROWN RICE 6.5oz (RC)
____ 2.30   CHI CHI TORTILLAS (8CT) (RC)
____ 1.70   CHILI WITH BEANS (POUCH)*

**MEATS, FISH AND CHICKEN: ( LIMIT 24, each)**
____ 1.95   BEEF SUMMER SAUSAGE
____ 1.80   HONEY PEP. TURKEY LOG (RC)
____ 2.10   SLICED PEPPERONI 3.5oz
____ 1.50   FRESH CATCH TUNA (RC)
____ 1.80   YELLOWFIN TUNA (RC)
____ 2.65   BRUSHY CREEK CHICKEN
____ 1.05   MACKEREL (RC)
____ 2.05   HOT BEEF BITES
____ 1.35   TERIYAKI PINK SALMON (RC)
____ 1.50   SPAM
____ 1.30   BBQ CHICKEN & CHEDDER
____ 1.35   SWEET AND SPICY TUNA

**CONDIMENTS: (LIMIT 5 EACH)**
____ 2.60   HABANERO HOT SAUCE
____ .85    LA SUPREME HOT SAUCE(RC)*
____ 2.30   BOTTLE MAYONNAISE 11.4oz (RC)*
____ 1.65   JALAPENO WHEELS (RC)*
____ 2.45   CREAMY PEANUT BUTTER (RC)
____ 2.45   CRUNCHY PEANUT BUTTER (RC)
____ 3.10   MRS. DASH
____ 1.55   GOYA SEASONING
____ .90    MINCED ONION
____ 1.05   GARLIC MINCED
____ .50    RANCH DRESSING PACK (limit 10)
____ 3.75   S/F HONEY (RC)*
____ 2.15   ASIAN SWEET & HOT SAUCE *
____ .70    KOSHER DILL PICKLE (RC)*
____ 2.10   HOT PEPPER MIX
____ 1.55   BBQ SAUCE
____ 1.30   SOY SAUCE
____ 1.65   PURE FINE GINGER ( LIMIT 5 )
____ 2.30   JELLY
____ 2.80   JALAPENO SPREAD
____ 1.70   BACON BITS

**CHEESE : (LIMIT 10 EACH)**
____ 1.80   CHILE CON QUESO CHEESE*
____ 1.40   BLOCK MOZZARELLA (RC)
____ 1.40   BLOCK JALAPENO PEPPERONI CHEESE (RC)
____ 3.10   CHEDDER CHEESE SQUEEZE BOTTLE

**CRACKERS:   (LIMIT 5 EACH)**
____ 2.10   GOLDEN VALLEY SALTINE (RC)
____ 2.25   HONEY GRAHAMS
____ 1.90   SNACK CRAKERS
____ 2.15   HARVEST UNSALTED(RC)
____ .55    ORIGINAL CHEEZ-IT

**COOKIES: (LIMIT 5 EACH)**
____ 1.75   VANILLA WAFERS(RC)
____ 1.30   COOKIES(RC)

**PASTRIES: ( LIMIT 10 each)**
____ 2.10   COOKIES & CREAM CAKE
____ 2.10   BOSTON CREAM ROLLL
____ 1.90   DONUT STICK
____ 2.50   GRANOLA. BARS
____ 3.50   POP TARTS VARIETY PACK  12CT.

**CEREAL: (LIMIT 5 EACH)**
____ 2.60   VARIETY  OATMEAL* (RC)
____ 1.95   PLAIN ROLLED OATMEAL*(RC)
____ 3.25   GRANOLA CEREAL(RC)*
____ 3.05   CEREAL/BAG

**HAIR CARE: R- All items approved on restriction**
____ 1.45   VO5 2 IN 1 SHAMPOO & CONDITIONER
____ 4.50   SOFTEE SHAMPOO*
____ 4.35   SOFTEE CONDITIONER*
____ 4.10   SULPHUR 8 MEDICATED SHAMPOO *
____ 3.85   SULPHUR 8 MEDICATED
            HAIR/SCALP CONDITIONER*
____ 1.95   BRUSH & COMB SET
____ 2.90   WAVE BRUSH
____ 1.00   VENT HAIR BRUSH
____ .80    AFRO PICK
____ 1.15   PONY TAIL HOLDERS
____ 1.70   BLACK DU-RAG*
____ .75    RUBBER BANDS
____ 5.15   PERT 2 IN 1*
____ 1.30   PERSONAL CARE DANDRUFF *
____ 4.10   T-GEL SHAMPOO DANDRUFF*
____ 1.30   OCEAN CLEAR HAIR GEL*
____ 5.00   BRAID BUTTER
____ 5.15   PINK OIL *
____ 5.50   AFRICAN PRIDE
____ 2.35   MURRY'S POMADE
____ .65    COMB

**VITAMINS : R- All items approved on restriction ##**
____ 4.15   DAILY MULTIPLE
____ 3.50   VITAMIN B COMPLEX
____ 3.20   VITAMIN C
____ 3.55   VITAMIN E-400
____ 4.25   VITAMIN D WITH CALCIUM

**SHOWER SHOES:**
____ .95    V STRAP SHOWER SHOE R
____ 7.80   DELUXE SHOWER SHOES*
            XL    2 XL

**PUZZLE BOOKS/GAMES:**
____ 1.25   PUZZLE BOOKS*
____ 1.60   POKER CARDS
____ 1.70   PINOCHLE CARDS
____ 4.55   CHESS SET
____ 3.60   CHECKERS SET

**TOILETRIES: R-All items approved on restriction**
____ 1.15   DIAL ROLL ON DEODORANT*
____ 2.55   DEGREE DEODORANT*
____ 1.95   SUAVE DEODORANT*
____ 1.50   BATH/SHOWER POWDER*
____ 1.90   PERSONAL CARE SKIN LOTION*
____ 2.80   SUAVE ADVANCED THERAPY LOTION*
____ 5.05   PALMERS COCO BUTTER LOTION *
____ 1.75   100% COCOA BUTTER STICK*
____ 1.65   NEW DAY VASELINE*
____ .75    TOILET TISSUE
____ 4.10   ALMAY HYPOALERGINIC
            (DEODORANT)*
____ 3.35   FLUSHABLE WIPES



Joseph A Routh
Res. No. #
Federal Correctional Institution
P.O. Box #350
Beaver WV. 25813

LEGAL MAIL!

#06901-084
Us District Court
Attn: Clerk Of Courts
110 N Heber ST
S.D. of West Virginia
Beckley, WV 25801
United States

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
APR 25, 19
AMOUNT
$0.00
R2304M115237-06

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813
DATE 4/25/19

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

LEGAL MAIL